# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR3183-H |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JONATHAN MORALES (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

21 U.S.C. 952 and 960 - Importation of Cocaine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE